1
2
3
4
5
6
7
8
9
10

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| 11 | EMMETT J. HARRIS, IV,                                     ) | No. C 11-5306 LHK (PR) |
| | ) | |
| 12 | Plaintiff,                          ) | ORDER GRANTING |
| | ) | EXTENSION OF TIME TO FILE |
| 13 | v.                                 ) | DISPOSITIVE MOTION; |
| | ) | DENYING APPLICATION TO |
| 14 | JUAN SIMENTAL and G. LOMBARDI of   ) | PROCEED *IN FORMA* |
| | the Pittsburg Police Dept., California,   ) | *PAUPERIS* |
| 15 | ) | |
| | Defendants.                    ) | (Docket Nos. 2, 9) |
| 16 | | |

17       Plaintiff, a California state prisoner proceeding *pro se*, filed a civil rights complaint

18   pursuant to 42 U.S.C. § 1983.  At the same time, Plaintiff filed an application to proceed *in*

19   *forma pauperis* ("IFP").  (Docket No. 2.)  Plaintiff subsequently paid the required filing fee.

20   Plaintiff's remittance of the required filing fee renders Plaintiff's application to proceed IFP

21   moot.  Therefore the application is **DENIED**.

22       On January 12, 2012, the Court issued an order of service.  The Court directed

23   Defendants to file a dispositive motion no later than 90 days from the date of the order.  On July

24   5, 2012, Defendants filed a motion for an extension of time to file a dispositive motion to

25   Plaintiff's complaint.  (Docket No. 9.)  Counsel for Defendants states in an attached declaration

26   that Defendants were not served with Plaintiff's complaint or a copy of the Court's order of

27   service until June 18, 2012.  (Docket No. 10.)  Thus, counsel was unaware of the deadline which

28   had already passed.  The Court finds good cause for Defendants' untimeliness, and **GRANTS**

1   Defendants' motion for an extension of time.  Defendants shall file a dispositive motion **no later**

2   **than September 17, 2012.**  Plaintiff shall file his opposition twenty-eight days after the filing

3   date of Defendants' motion.  Defendants shall file their reply fourteen days thereafter.

4           This order shall terminate docket numbers 2 and 9.

5           IT IS SO ORDERED.

6

7   DATED: _____7/19/12_____

8                                        LUCY H. KOH
                                         United States District Judge

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Order Granting EOT; Denying *IFP*
G:\PRO-SE\SJ.LHK\CR.11\Harris306mtdeot_denyifp.wpd