IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| EMMETT J. HARRIS, IV, | ) | No. C 11-5306 LHK (PR) |
| Plaintiff, | ) | JUDGMENT |
| vs. | ) | |
| JUAN SIMENTAL and G. LOMBARDI, | ) | |
| Defendants. | ) | |

The Court has granted Defendants' motion for summary judgment. Judgment is entered in favor of Defendants and against Plaintiff. The Clerk shall close the file.

IT IS SO ORDERED.

DATED: 7/15/13

LUCY H. KOH
United States District Judge

Judgment
G:\PRO-SE\LHK\CR.11\Harris306jud.wpd